UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. :
:
ALLEN LIAM BLANEY : Docket No. 4:24-CR-179
       Defendant : (Chief Judge Brann)

FILED
WILLIAMSPORT

JUL 11 2024

PER _____NR_____
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Interstate Communications with Intent to Extort
18 U.S.C. § 875(d)

On or about October 12, 2022, in Centre County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**ALLEN LIAM BLANEY,**

with intent to extort from a person money and other things of value, knowingly transmitted in interstate commerce from the State of Florida to the Commonwealth of Pennsylvania a communication, namely a series of text messages using the SnapChat application to a victim via cellular telephone, containing a threat to injure the reputation of the victim.

1

All in violation of Title 18, United States Code, Section 875(d).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
18 U.S.C. § 2252(a)(2)
(Distribution of Child Pornography)

On or about October 12, 2022, in Centre County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**ALLEN LIAM BLANEY,**

did knowingly possess and distribute, one or more matters which contained visual depictions of a minor engaged in sexually explicit conduct, the production of which involved the use of a minor, engaging in sexually explicit conduct, which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer and cell phone.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

Dated: 7/11/24

A TRUE BILL

████████████████

GRAND JURY FOREPERSON

GERARD M. KARAM
UNITED STATES ATTORNEY

BY: GEOFFREY W. MacARTHUR
Assistant United States Attorney